UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CASE NO.: 06-40041-FDS

FILED
IN CLERKS OFFICE
2006 MAR 24 P 2:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

THELMA CLEMENT, on behalf of herself )
and all others similarly situated, )
 )
 )
                         Plaintiff, )
v. )
 )
ASTRAZENECA PHARMACEUTICALS, LP, )
ASTRAZENECA LP, ASTRAZENECA AB )
and AKTIEBOLAGET HASSLE, )
 )
                         Defendants. )
_____)

## STIPULATION OF EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Thelma Clement, on behalf of herself and all others similarly situated, and defendants Astrazeneca Pharmaceuticals, LP, Astrazeneca LP, Astrazeneca AB and Aktiebolaget Hassle, by and through their respective counsel, that the time in which defendants may respond to the complaint be and hereby is extended through and including May 11, 2006. By filing this Stipulation, it is acknowledged that defendants do not waive any of their rights, including but not limited to with respect to jurisdiction, venue, and adequacy of service of the complaint.

-2-

| | |
|---|---|
| Thelma Clement, on behalf of herself and all others similarly situated | Astrazeneca Pharmaceuticals, LP Astrazeneca LP, Astrazeneca AB and Aktiebolaget Hassle |
| By her attorneys, | By their attorneys, |
| *David Pastor* (By *MW*) | *signature* |
| Kenneth G. Gilman, BBO #192760 David Pastor, BBO #391000 Gilman and Pastor, LLP 60 State Street, 37th Floor Boston, MA 02109 (617) 742-9700 | Harvey J. Wolkoff, BBO #532880 Ropes & Gray One International Place Boston, MA 02110 (617) 951-7000 |

March 24, 2006