IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THELMA CLEMENT, on behalf of herself and all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASTRAZENECA PHARMACEUTICALS LP, )<br>ASTRAZENECA LP, ASTRAZENECA AB and )<br>AKTIEBOLAGET HÄASSLE, )<br>)<br>Defendants. ) | C.A. No. 06-336 |

## NOTICE OF APPEARANCE

Please enter our appearance for plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca AB and Aktiebolaget Hässle.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for defendants

OF COUNSEL:

Arthur F. Golden
Ronan P. Harty
Joshua D. Liston
DAVIS POLK & WARDWELL
450 Lexington Ave.
New York, NY  10017
(212) 450-4000

May 31, 2006

5227