IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THELMA CLEMENT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-cv-336-GMS |
| | : | |
| ASTRAZENECA PHARMACEUTICALS L.P., ET AL. | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of the undersigned as counsel for plaintiff, Thelma Clement.

                                          PRICKETT, JONES & ELLIOTT, P.A.

                                          By: _____
                                          Gary F. Traynor (Bar ID #2131)
                                          J. Clayton Athey (Bar ID #4378)
                                          1310 King Street

OF COUNSEL:                          Wilmington, Delaware 19801
                                          (302) 888-6500

GILMAN AND PASTOR, LLP             gftraynor@prickett.com
Kenneth G. Gilman                        jcathey@prickett.com
60 State Street, 37th Floor               *Attorneys for Plaintiff*
Boston, MA 02109

Dated: June 2, 2006

19910.1\305471v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on June 2, 2006, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court using CM/ECF, and caused notification of such filing to be sent to the following counsel of record:

>Karen Jacobs Louden, Esquire
>Morris Nichols Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

>/s/ J. Clayton Athey
>J. Clayton Athey (#4378)
>PRICKETT, JONES & ELLIOTT, P.A.
>jcathey@prickett.com

19910.1\305471v1