IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE END-PAYOR ANTITRUST LITIGATION ) ) ) ) | C.A. No. 06-71 (GMS) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) | |
| THELMA CLEMENT, on behalf of herself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) | C.A. No. 06-336 (GMS) |
| v. ) | |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB and AKTIEBOLAGET HASSLE, ) ) ) ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this end-payor action shall be consolidated and coordinated with the related end-payor actions pursuant to Section IV of Pretrial Order No. 1 Regarding End-Payor Actions dated April 5, 2006 ("Pretrial Order No. 1") (D.I. 13 in C.A. No. 06-71 (GMS)).

Pretrial Order No. 1 contemplates that all related end-payor actions will be consolidated and that the plaintiffs will file a Consolidated Amended Complaint, which will be the sole operative complaint for all these actions. The Consolidated Amended Complaint was filed on June 5, 2006 (D.I. 17). Pretrial Order No. 1 also states that the Clerk of the Court shall, *inter alia*, make appropriate entry for this action on the master docket (06-71 (GMS)), place a

copy of Pretrial Order No. 1 in the separate file for this action, and mail a copy of the Order of assignment to Liaison counsel and counsel for defendants. (D.I. 13 at ¶ 10).[1]

Co-Lead Counsel for the other end-payor actions have advised that they have no objection to the addition of this action to Pretrial Order No. 1.

| PRICKETT JONES & ELLIOTT, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ J. Clayton Athey* | */s/ Leslie A. Polizoti* |
| Gary F. Traynor (#2131) | Jack B. Blumenfeld (#1014) |
| J. Clayton Athey (#4378) | Karen Jacobs Louden (#2881) |
| jcathey@prickett.com | Leslie A. Polizoti (#4299) |
| 1310 King Street | lpolizoti@mnat.com |
| P.O. Box 1328 | 1201 N. Market Street |
| Wilmington, Delaware 19899 | P.O. Box 1347 |
| (302) 888-6507 | Wilmington, Delaware 19899 |
| Attorneys for plaintiffs | (302) 658-9200 |
| | Attorneys for defendants |
| Attorneys for plaintiffs | |

SO ORDERED this 20th day of June, 2006.

_____
Judge Gregory M. Sleet

522833

**FILED**
JUN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

[1] It is unnecessary for the Clerk to mail a copy of Pretrial Order No. 1 to the plaintiffs in this action (¶ 10(c)), as plaintiffs already are in possession of the Order.

2